THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| KATEY PETTIT, | CASE NO. C24-0328-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion for an extension of time to answer or otherwise respond to the complaint (Dkt. No. 7). Defendant indicates that, despite its best efforts, additional time is needed to investigate and prepare a response. Finding good cause, the Court GRANTS the motion. Defendant has until April 9, 2024, to file an answer or otherwise respond to the complaint.

//

//

//

//

MINUTE ORDER
C24-0328-JCC
PAGE - 1

DATED this 19th day of March 2024.

                                                Ravi Subramanian
                                                Clerk of Court

                                                s/Kathleen Albert
                                                Deputy Clerk