THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATEY PETTIT, | CASE NO. C24-0328-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's second unopposed motion for an extension of time to answer or otherwise respond to the complaint (Dkt. No. 10). Defendant indicates that, despite its best efforts, additional time is needed to investigate and prepare a response. Finding good cause, the Court GRANTS the motion. Defendant has until April 23, 2024, to file an answer or otherwise respond to the complaint.

//

//

//

//

MINUTE ORDER
C24-0328-JCC
PAGE - 1

1      DATED this 5th day of April 2024.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER
C24-0328-JCC
PAGE - 2