The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATEY PETTIT, in her capacity as Trustee of THE EREZ Y BENARI LIVING TRUST, and personal representative of THE ESTATE OF EREZ Y BENARI,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 2:24-CV-00328-JCC<br><br>[~~PROPOSED~~] ORDER |

Based on the Parties' Joint Motion To Extend Remaining Case Deadlines Other Than Mediation, it is hereby ORDERED that the Joint Motion is granted and that the Parties shall have until April 6, 2025 to complete discovery, including expert disclosures and all fact and expert depositions; May 5, 2025 to file dispositive motions; July 24, 2025 to file motions *in limine* and a pretrial order; July 27, 2025 to submit proposed verdict forms, voir dire and jury instructions; July 30, 2025 to submit trial briefs; and August 4, 2025 for trial.

//

//

//

---

~~PROPOSED~~ ORDER - JOINT MOTION TO EXTEND REMAINING
CASE DEADLINES OTHER THAN MEDIATION - 1

Seyfarth Shaw LLP
Attorneys at Law
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000

315087301v.1

DATED this 6th day of December 2024.

*[signature]*

Honorable John C. Coughenour

United States District Court Judge

~~PROPOSED~~ ORDER - JOINT MOTION TO EXTEND REMAINING
CASE DEADLINES OTHER THAN MEDIATION - 2

SEYFARTH SHAW LLP
Attorneys at Law
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000

315087301v.1