The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

KATEY PETTIT, in her capacity as Trustee of THE EREZ Y BENARI LIVING TRUST, and personal representative of THE ESTATE OF EREZ Y BENARI,

Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant.

Case No. 2:24-CV-00328-JCC

[PROPOSED] ORDER

Based on the Parties' Second Joint Motion To Extend Remaining Case Deadlines, it is hereby ORDERED that the Joint Motion is granted and that the Parties shall have until June 5, 2025 to complete discovery, including expert disclosures and all fact and expert depositions; July 7, 2025 to file dispositive motions; September 22, 2025 to file motions *in limine* and a pretrial order; September 25, 2025 to submit proposed verdict forms, voir dire and jury instructions; September 28, 2025 to submit trial briefs; and October 3, 2025 for trial.

PROPOSED ORDER – SECOND JOINT MOTION TO EXTEND REMAINING CASE DEADLINES - 1

SEYFARTH SHAW LLP
Attorneys at Law
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000

316368009v.1

DATED this 5th day of March, 2025.

_____
Honorable John C. Coughenour

United States District Court Judge

~~PROPOSED~~ ORDER – SECOND JOINT MOTION TO EXTEND REMAINING
CASE DEADLINES - 2

316368009v.1

SEYFARTH SHAW LLP
Attorneys at Law
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
(312) 460-5000