THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATEY PETTIT, | CASE NO. C24-0328-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In order to accommodate the Court's calendar, trial in this matter is CONTINUED to 9 a.m. on **October 14, 2025**. The remaining case deadlines shall continue to proceed as set forth in Docket Number 26.

DATED this 22nd day of April 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk