THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATEY PETTIT,<br><br>                Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                Defendant. | CASE NO. C24-0328-JCC<br><br>MINUTE ORDER |

       The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

       The parties inform the Court that they have reached a settlement in principle. (Dkt. No. 29 at 1.) Accordingly, the jury trial set for October 14, 2025, as well as all related deadlines, shall be STAYED pending finalization of the release and settlement agreement. The parties shall file a notice or stipulation of dismissal within sixty (60) days.

       DATED this 7th day of May 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
