UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATEY PETTIT, in her capacity as Trustee of THE EREZ Y BENARI LIVING TRUST, and personal representative of THE ESTATE OF EREZ Y BENARI,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 2:24-CV-00328-JCC<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO FILE NOTICE OR STIPULATION OF DISMISSAL |

This matter came on before this Court on the motion of Plaintiff Katey Pettit, in her capacity as Trustee of The Erez Y. Benari Living Trust and personal representative of The Estate of Erez Y. Benari ("Plaintiff"), and Defendant The Prudential Insurance Company of America ("Prudential") (collectively, the "Parties"), by and through their attorneys of record, to extend time to file notice or stipulation of dismissal; and the Court having considered said motion and the previous filed Joint Notice of Settlement, Doc. 29, filed May 6, 2025, the Minute Order, Doc. 30, filed May 7, 2025, and the Court's Orders, Docs. 33 and 35, filed July 1, 2025 and August 29, 2025, respectively, and the records and files herein and being fully advised in the premises;

NOW, THEREFORE, ORDERS as follows:

[~~PROPOSED~~] ORDER EXTENDING TIME TO FILE DISMISSAL - Page 1 of 3
Case No. 2:24-CV-00328-JCC

**DICKSON FROHLICH PHILLIPS BURGESS** PLLC
TACOMA      SEATTLE      OLYMPIA
909 A Sreet, Ste. 900   1420 5th Avenue, Ste 2000   111 21ST Avenue SW
Tacoma, WA 98402   Seattle, WA 98101   Olympia, WA 98501
(253) 572-1000   (206) 621-1110   (360) 742-3500
www.DFPBlaw.com

1. The parties shall file a notice or stipulation of dismissal within sixty (60) days of the date of this Order; and

2. The stay on the jury trial set for October 14, 2025 and related deadlines as described in the Clerk's Minute Order dated May 7, 2025 shall remain in place pending the parties' filing of their notice or stipulation of dismissal within the sixty (60) day extension for same granted in this Order.

DATED: October 24, 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR

Presented by:

DATED: October 24, 2025

/s/ Alexander J.R. Wisbey
Alexander J.R. Wisbey
awisbey@dfpblaw.com
DICKSON FROHLICH PHILLIPS BURGESS PLLC
*Attorneys for Plaintiff*

Notice of presentation waived:

DATED: October 24, 2025

/s/ Ian H. Morrison
Ian H. Morrison (pro hac vice)
imorrison@seyfarth.com
SEYFARTH SHAW LLP
*Attorneys for Defendant*

DATED: October 24, 2025

/s/ Lauren Parris Watts
Lauren Parris Watts, WSBA #44064
lpwatts@seyfarth.com
SEYFARTH SHAW LLP

[PROPOSED] ORDER EXTENDING TIME TO FILE DISMISSAL - Page 2 of 3
Case No. 2:24-CV-00328-JCC

**DICKSON FROHLICH PHILLIPS BURGESS** PLLC
TACOMA           SEATTLE           OLYMPIA
909 A Sreet, Ste. 900   1420 5th Avenue, Ste 2000   111 21ST Avenue SW
Tacoma, WA 98402   Seattle, WA 98101   Olympia, WA 98501
(253) 572-1000   (206) 621-1110   (360) 742-3500
www.DFPBlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this date I caused copies of the foregoing document to be served on all parties of record in the manner indicated below.

| | |
|---|---|
| Lauren Parris Watts<br>lpwatts@seyfarth.com<br>Ian H. Morrison<br>imorrison@seyfarth.com<br>999 3rd Ave Ste 4700<br>Seattle, WA  98104<br>*Attorneys for Prudential* | ☑ Via ECF/E-Service<br>☐ Via Hand Delivery/Legal Messenger<br>☐ Via Facsimile<br>☑ Via Electronic Mail<br>☐ Via U.S. Mail<br>☐ Via Overnight Courier |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this   24th   day of October, 2025, at Seattle, Washington.


　　　　　　　　　　　　　　　　　　　*/s/   Deborah Johnson-Perea*
　　　　　　　　　　　　　　　　　　　Deborah Johnson-Perea, Paralegal

[PROPOSED] ORDER EXTENDING
TIME TO FILE DISMISSAL - Page 3 of 3
Case No. 2:24-CV-00328-JCC

**DICKSON FROHLICH PHILLIPS BURGESS** PLLC
TACOMA　　　　SEATTLE　　　　OLYMPIA
909 A Sreet, Ste. 900　1420 5th Avenue, Ste 2000　111 21ST Avenue SW
Tacoma, WA 98402　　Seattle, WA 98101　　Olympia, WA 98501
(253) 572-1000　　　(206) 621-1110　　　(360) 742-3500
www.DFPBlaw.com