THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATEY PETTIT,<br><br>    Plaintiff,<br><br>  v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | CASE NO. C24-0328-JCC<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

  This matter comes before the Court on the parties' joint motion to extend the deadline to file a notice or stipulation of dismissal (Dkt. No. 38). Finding good cause for the request, the Court continues the time to file a notice or stipulation of dismissal to February 20, 2026.

  DATED this 23rd day of December 2025.

                  Ravi Subramanian
                  Clerk of Court

                  s/Kathleen Albert
                  Deputy Clerk