THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATEY PETTIT,

                Plaintiff,

     v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

                Defendant.

CASE NO. C24-0328-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to further extend the deadline to file a notice or stipulation of dismissal (Dkt. No. 42). Finding good cause, the Court continues the time to file a notice or stipulation of dismissal to June 22, 2026.

So DATED this 23rd day of April 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C24-0328-JCC
PAGE - 1