The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

KATEY PETTIT, in her capacity as Trustee of THE EREZ Y BENARI LIVING TRUST, and personal representative of THE ESTATE OF EREZ Y BENARI,

Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant.

Case No. 2:24-CV-00328-JCC

**JOINT MOTION TO EXTEND TIME TO FILE NOTICE OR STIPULATION OF DISMISSAL**

**Noting Date:** **June 22, 2026**

Plaintiff Katey Pettit, in her capacity as Trustee of The Erez Y. Benari Living Trust and personal representative of The Estate of Erez Y. Benari ("Plaintiff"), and Defendant The Prudential Insurance Company of America ("Prudential") (collectively, the "Parties"), by and through their attorneys, submit the following joint motion to extend time to file notice or stipulation of dismissal.

The Parties previously reached a settlement in principle in this matter, and they notified the Court through their Joint Notice of Settlement. Doc. 29, filed May 6, 2025. The Clerk of Court, acting on the orders of the Court, filed a Minute Order instructing the parties to "file a notice or stipulation of dismissal within (60) days." Doc. 30, filed May 7, 2025.  On June 30, August 29, October 24, 2025, December 22, 2025, February 20, 2026, and April 23, 2026 the Parties filed joint Motions to Continue Time to File Dismissal, requesting an additional 60 days,

MOTION TO EXTEND TIME TO FILE
DISMISSAL - Page 1 of 3
Case No. 2:24-CV-00328-JCC

**DICKSON FROHLICH PHILLIPS BURGESS** PLLC
TACOMA              SEATTLE              OLYMPIA
909 A Sreet, Ste. 900  1420 5th Avenue, Ste 2000  111 21ST Avenue SW
Tacoma, WA 98402      Seattle, WA 98101      Olympia, WA 98501
(253) 572-1000        (206) 621-1110        (360) 742-3500

www.DFPBlaw.com

respectively, to file the joint stipulation of dismissal.  The Court entered Orders extending the deadline an additional 60 days.  Docs. 33, 35, 37, and 43 dated July 1, August 29, October 24, and December 23, 2025, and February 23 and April 23, 2026, respectively. The parties have worked diligently to arrive at a final settlement, and have made progress towards that end, but the process continues to take longer than expected. The Parties anticipate that they will be able to file a joint stipulation of dismissal with prejudice within sixty 60 days of the filing of this motion, and the Parties respectfully request that the Court continue the remaining deadlines in this matter for 60 days pending the finalization of the release and settlement agreement.

WHEREFORE,  the Parties respectfully request that the Court continue the time to file a notice or stipulation of dismissal by 60 days to allow for finalization of the settlement agreement.

Respectfully submitted,

DATED:    June 22, 2026                               /s/  Alexander J.R. Wisbey
                                                                     Alexander J.R. Wisbey
                                                                     awisbey@dfpblaw.com
                                                                     DICKSON FROHLICH PHILLIPS
                                                                     BURGESS PLLC
                                                                     *Attorneys for Plaintiff*

DATED:    June 22, 2026                               /s/  Ian H. Morrison
                                                                     Ian H. Morrison (pro hac vice)
                                                                     imorrison@seyfarth.com
                                                                     SEYFARTH SHAW LLP
                                                                     *Attorneys for Defendant*

DATED:    June 22, 2026                               /s/ Lauren Parris Watts
                                                                     Lauren Parris Watts, WSBA #44064
                                                                     lpwatts@seyfarth.com
                                                                     SEYFARTH SHAW LLP
                                                                     *Attorneys for Defendant*

MOTION TO EXTEND TIME TO FILE
DISMISSAL - Page 2 of 3
Case No. 2:24-CV-00328-JCC

**DICKSON FROHLICH PHILLIPS BURGESS** PLLC
TACOMA              SEATTLE              OLYMPIA
909 A Sreet, Ste. 900  1420 5th Avenue, Ste 2000  111 21ST Avenue SW
Tacoma, WA 98402       Seattle, WA 98101       Olympia, WA 98501
(253) 572-1000         (206) 621-1110         (360) 742-3500

www.DFPBlaw.com

## CERTIFICATE OF SERVICE

I certify that on this date I caused copies of the foregoing document to be served on all parties of record in the manner indicated below.

| | |
|---|---|
| Lauren Parris Watts<br>Ian H. Morrison<br>lpwatts@seyfarth.com<br>Ian H. Morrison<br>imorrison@seyfarth.com<br>999 3rd Ave Ste 4700<br>Seattle, WA  98104<br>*Attorneys for Prudential* | ☑  Via ECF/E-Service<br>☐  Via Hand Delivery/Legal Messenger<br>☐  Via Facsimile<br>☑  Via Electronic Mail<br>☐  Via U.S. Mail<br>☐  Via Overnight Courier |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 22nd day of June, 2026, at Seattle, Washington.

*/s/ Caelen Anacker*
Caelen Anacker WSBA # 56905

MOTION TO EXTEND TIME TO FILE
DISMISSAL - Page 3 of 3
Case No. 2:24-CV-00328-JCC

**DICKSON FROHLICH PHILLIPS BURGESS** PLLC
TACOMA          SEATTLE          OLYMPIA
909 A Sreet, Ste. 900  1420 5th Avenue, Ste 2000  111 21ST Avenue SW
Tacoma, WA 98402      Seattle, WA 98101      Olympia, WA 98501
(253) 572-1000        (206) 621-1110        (360) 742-3500
www.DFPBlaw.com