THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATEY PETTIT,<br>Plaintiff,<br>v.<br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br>Defendant. | CASE NO. C24-0328-JCC<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to yet again extend the deadline to file a notice or stipulation of dismissal (Dkt. No. 46). Finding good cause, the Court continues the time to file a notice or stipulation of dismissal to October 23, 2026.

So DATED this 24th day of August 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk